**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Drew Anthony Crossland,** | § | **Case No. 20-51430-CAG** |
| | § | **Chapter 7** |
| **Debtor** | § | |

**Trustee's Response to the  Motion of Evelin Crossland for Entry of an Order Granting Relief from the Automatic Stay Regarding Divorce Proceeding [Docket No. 16]**

TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, the Trustee in this case, makes and files this Response to the Motion of Evelin Crossland for Entry of an Order Granting Relief from the Automatic Stay Regarding Divorce Proceeding [Doc. No.16], and in support thereof respectfully represents to the Court as follows:

**1.**

The allegations in paragraph 1 of the motion are admitted.

**2.**

There allegations in paragraph 2 of the motion are admitted.

**3.**

The Trustee is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 3 of the motion and therefore denies those allegations.

**4.**

The Trustee is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 4 of the motion and therefore denies those allegations.

**5.**

There are no factual allegations for admission or denial in paragraph 5 of the motion for admission or denial.

**6.**

There are no factual allegations for admission or denial in paragraph 6 of the motion for admission or denial.

**7.**

The allegations in paragraph 7 of the motion are admitted.

**8.**

The Trustee doesn't object to the termination of the stay, as to the movant, for the purpose of establishing or modifying domestic support obligations or to proceed with the divorce. However, the automatic stay should remain in effect as to all assets of the bankruptcy estate.

SIGNED ___ day of September 2020.

Respectfully submitted,

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, Texas 78801
(830) 407-5115
(830) 407-5117
Email: pat.lowe.law@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Trustee's Response to the Debtors' Motion for Entry of Order Granting Relief from the Automatic Stay Regarding Divorce Proceeding [Doc. No. 16], have been served on the following parties listed below, by the CM/ECF system; by First Class mail, postage prepaid; or by electronic mail within 2 days of the electronic filing of this Motion on this the 22nd day of September, 2020.

**Debtor:**
Drew Anthony Crossland
PO Box 1899
San Antonio, TX 78297

**Attorney for Debtor:**
Michael V. Baumer
7600 Burnet Road, Suite 530
Austin, TX 78757
**By The CM/ECF System Only**

**United States Trustee:**
Henry G. Hobbs, Jr.
Acting United States Trustee
US Trustee's Office
615 E. Houston, Suite 533
San Antonio, TX 78205
**By The CM/ECF System Only**

**Attorney for Evelin Crossland:**
Thomas  Rice
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, TX 78213



_____
Patrick Lowe