

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 10, 2020.**

---
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DREW ANTHONY CROSSLAND | § | BANKRUPTCY NO. 20-51430 |
| | § | |
| DEBTOR | § | |

**AGREED ORDER ON MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

CAME ON FOR CONSIDERATION the *Agreed Motion to Extend Time to Object to Discharge* (the "**Motion**").[1] Based on the representations made in the Motion, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion seeking an extension of the time to object to the Debtor's discharge is appropriate; (iv) proper and adequate notice of the Motion has been given and no further notice is necessary; (v) to the extent there were objections to the Motion, all such objections are hereby overruled;

---

[1] Capitalized terms unless otherwise defined herein shall have the meaning as ascribed to them in the Motion.

{00503469}

(vi) based upon the record herein, after due deliberation, good and sufficient cause exists for the granting of the Motion in all respects.

**IT IS THEREFORE ORDERED** that the deadline to extend time to object to discharge is extended as to Creditor Evelin Crossland only to 11/19/2020.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

###

**AGREED**:

**PULMAN, CAPPUCCIO, & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: *[signature]*
Eric A. Pullen
Tex. State Bar. No. 2407881
epullen@pulmanlaw.com
Thomas Rice
Texas State Bar No. 24025613
trice@pulmanlaw.com
**ATTORNEYS FOR CREDITOR EVELIN CROSSLAND**

**THE LAW OFFICE OF MICHAEL BAUMER**
7600 Burnet Road, Suite 530
Austin, TX 78757
Telephone: (512) 476-8707
Facsimile: (512) 476-8604

By *[signature]*
Michael Baumer
Tex. State Bar. No. 01931920
michael@baumerlaw.com
**ATTORNEYS FOR DEBTOR DREW A. CROSSLAND**

{00503469}